■ GLENEAGLES SHOPPING CENTER PLANO, TX. LIMITED PARTNERSHIP, Appellant, v FITNESS EVOLUTION, L.P., et al., Respondents, et al., Defendants. [921 NYS2d 610]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered August 27, 2010. The order granted the motion of defendants Fitness Evolution, L.P. and Joseph S. Mulroy to dismiss the complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 1, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Carni, Lindley and Gorski, JJ.